IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Case No. 1:02CR00109 |
| William Philip Guenther ) | |
| ) | |

### ORDER TERMINATING SUPERVISED RELEASE

The above named was placed on Supervised Release on August 1, 2003 for a period of two years. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this 28th day of February, 2005

_____
Senior United States District Judge